UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ DEC 30 2011 ★

BROOKLYN OFFICE

TROY JENNINGS,

Plaintiff,

– against –

FEDERAL BUREAU OF PRISONS, *et al.*,

Defendants.

ORDER

11-CV-2181
11-CV-1973

**JACK B. WEINSTEIN, United States District Judge:**

Plaintiff's objection has been received. The magistrate judge's report and recommendation is adopted in its entirety. The court grants the government's motions seeking to revoke Jennings' leave to proceed *in forma pauperis*. Jennings is given 30 days to pay the $350 filing fee in each case. If the fees are not paid within 30 days, the Clerk of the Court shall dismiss both cases without prejudice to renewal upon payment of the filing fee.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: December 20, 2011
Brooklyn, New York

