FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 0 9 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TROY JENNINGS,

                Plaintiff,

-against-

FEDERAL BUREAU OF PRISONS, BROOKLYN
U.S. PROBATION DEPARTMENT, U.S.
DEPARTMENT OF JUSTICE, EASTERN DISTRICT
COURT OF NEW YORK CLERK'S OFFICE,

                Defendants.
----------------------------------------------------------------X

CORRECTED
JUDGMENT
11-CV- 2181 (JBW)
11-CV- 1973 (JBW)

      An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 30, 2011, adopting in its entirety the Report and Recommendation of Magistrate Judge James Orenstein, dated November 17, 2011; granting the government's motions seeking to revoke Plaintiff's leave to proceed *in forma pauperis*; and dismissing the case without prejudice to renewal upon payment of the filing fee; it is

      ORDERED and ADJUDGED that the government's motions seeking to revoke Plaintiff's leave to proceed *in forma pauperis* is granted; and that the case is dismissed without prejudice to renewal upon payment of the filing fee.

Dated: Brooklyn, New York
         February 07, 2012

s/Douglas C. Palmer
_____
DOUGLAS C. PALMER
Clerk of Court